IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and WILFRED J. REYES,<br><br>Plaintiff,<br><br>vs.<br><br>RCHP – MISSOULA LLC, A FOREIGN LIMITED LIABILITY COMPANY D/B/A COMMUNITY MEDICAL CENTER, COMMUNITY PHYSICIAN GROUP. AND ADVANCED PAIN & SPINE INSTITUTION OF MONTANA and ABC CORPORATIONS 1-25,<br><br>Defendants. | CV 23–21–M–DWM<br><br><br>ORDER |

Plaintiff Wilfred J. Reyes having moved unopposed to dismiss this matter,

IT IS ORDERED that the motion (Doc. 10) is GRANTED. The above-captioned cause is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of November, 2023.

_____
Donald W. Molloy, District Judge
United States District Court